UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CURTIS LEE NELSON,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BILL KNIPP, Warden,<br><br>Respondent. | Case No. EDCV 12-00361 MWF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: March 11, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE